1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN W. MAYBERG, et al.,<br><br>　　　　　Defendants. | Case No. 1:08-cv-00100-LJO-DLB PC<br><br>ORDER REQUIRING STATUS UPDATE<br><br>**RESPONSE DUE WITHIN THIRTY DAYS** |

　　　　Plaintiff Lawtis Donald Rhoden ("Plaintiff") is a civil detainee in the custody of the California Department of Mental Health. Plaintiff is civilly detained pursuant to California's Sexually Violent Predators Act ("SVPA"). Cal. Welf. & Inst. Code § 6600.

　　　　On July 2, 2010, the Court granted a stay of the action pending completion of Plaintiff's SVPA state civil commitment proceedings. ECF No. 20. Because Plaintiff is the only party to appear in this action, the Court will require Plaintiff to update the Court as to the status of his SVPA proceedings.

1 | Accordingly, it is HEREBY ORDERED that Plaintiff is to file a status update regarding his state civil commitment proceedings within thirty (30) days from the date of service of this order. Failure to respond to this order may result in a recommendation of dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 31, 2013**                               /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE